# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1261

_____

Hany Fahmy Basily,                        *
                                          *
            Petitioner,                   *
                                          *   Petition for Review of
      v.                                  *   an Order of the Board
                                          *   of Immigration Appeals.
Eric H. Holder, Jr., Attorney General     *
of the United States,                     *   [UNPUBLISHED]
                                          *
            Respondent.                   *

_____

Submitted:  December 16, 2009
    Filed:  December 16, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Egyptian citizen Hany Fahmy Basily petitions for review of an order of the
Board of Immigration Appeals (BIA) which denied his June 2008 motion to reopen,
reconsider, and remand.  After careful review, we conclude that the BIA acted within
its discretion, see Vargas v. Holder, 567 F.3d 387, 391 (8th Cir. 2009); Miah v.
Mukasey, 519 F.3d 784, 789-90 (8th Cir. 2008), and that the alleged due process
violation did not affect the outcome of the proceedings, see Banat v. Holder, 557 F.3d
886, 893 (8th Cir. 2009).  Accordingly, we deny the petition.

_____